United States District Court
Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  CHARTER ASSET MANAGEMENT FUND, L.P.,           Case No. 15-cv-04189 EDL
8          Plaintiff,                              **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**
9      v.
10 LATIN ACADEMY CHARTER SCHOOL, INC.,
11         Defendant.
12

This matter is hereby referred to a Magistrate Judge of this court to conduct a settlement conference within ninety (90) days. The parties will be advised of the date, time and place of the settlement conference by notice from the magistrate judge.

**IT IS SO ORDERED.**

Dated: January 22, 2016

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE