UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTER ASSET MANAGEMENT FUND, L.P., <br><br> Plaintiff, <br><br> v. <br><br> LATIN ACADEMY CHARTER SCHOOL, INC., <br><br> Defendant. | Case No.  15-cv-04189-EDL <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 33 |

The parties have notified the court that they have reached a settlement and are in the process of drafting documents to finalize the settlement.  The settlement must be approved by Defendant's Board of Directors at its meeting at the end of this month.  The parties state they anticipate approval of the settlement and settlement documents at that time and jointly request that the Court continue the Case Management Conference currently set for April 26, 2016 until mid-May, by which time the parties anticipate that the settlement will be concluded and a dismissal will be on file.

The Case Management Conference is hereby continued to May 24, 2016, at 3 P.M., in Courtroom E, 15th Floor. The parties will file a joint updated Case Management Statement seven (7) days prior to the Case Management Conference.

**IT IS SO ORDERED.**

Dated: April 19, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge